ILLUMINA, INC., Plaintiff–Appellant,

v.

AFFYMETRIX, INC., Defendant–Appellee.

Nos. 2011–1145, 2011–1146.

United States Court of Appeals, Federal Circuit.

March 17, 2011.

Ron E. Shulman, Roger J. Chin, Thomas T. Carmack, Wilson, Sonsini, Goodrich & Rosati, Palo Alto, CA, for Defendant–Appellee.

Jeffrey N. Costakos, Foley & Lardner LLP, Milwaukee, WI, George E. Quillin, Foley & Lardner LLP, Gregory A. Castanias, Jones Day, Washington, DC, Kimberly K. Dodd, Foley & Lardner LLP, Milwaukee, WI, for Plaintiff–Appellant.

**ON MOTION**

**ORDER**

Illumina, Inc. moves for leave to seek correction of the judgments in these consolidated cases pursuant to Federal Rule of Civil Procedure 60(a).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

John BAGDADE, Petitioner,

v.

OFFICE OF SPECIAL COUNSEL, Respondent.

No. 2011–3087.

United States Court of Appeals, Federal Circuit.

March 17, 2011.

David Eisenberg, Phoenix, AZ, for Petitioner.

**ON MOTION**

**ORDER**

John Bagdade moves to dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.